UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marta Hanyzkiewicz, on behalf of herself
and all others similarly situated,
      Plaintiff,

v.                                             CASE NO.: 1:22-cv-614
The Acorn Group, Inc.

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 19, 2022

Respectfully Submitted,

*/s/Mark Rozenberg*
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

SO ORDERED:

 s/ LDH          4/25/2022
Honorable LaShann DeArcy Hall, USDJ
Eastern District of New York